639 F.2d 306
 Joe C. RAMIREZ, Plaintiff-Appellee, Cross-Appellant,
v.
M. David LOWE, Administrator of the M. David Lowe Group
employees profit sharing plan and trust, et al.,
Defendants-Appellants, Cross-Appellees.
 No. 79-3387.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit A
 Nov. 7, 1980.
 Appeals from the United States District Court for the Southern District of Texas; Norman W. Black, Judge.
 George A. Rustay, Vincent L. Marino, Houston, Tex., for defendants-appellants, cross-appellees.
 Clayton A. Davis, Albert H. Wingate, Houston, Tex., for plaintiff-appellee, cross-appellant.
 Before INGRAHAM, GEE and TATE, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the Memorandum and Opinion of the district court, Ramirez v. M. David Lowe, Administrator, et al., dated August 15, 1979, 504 F.Supp. 21 (S.D.Tex.1979).
 
 
 2
 AFFIRMED.